IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01745-RPM

CHRISTOPHER HOBDY,

      Applicant,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections, and
CYNTHIA COFFMAN, Attorney General for State of Colorado,

      Respondents.

_____

ORDER FOR INITIAL RESPONSE
_____

      Upon preliminary review of the Application for Habeas Corpus Pursuant to 28
U.S.C. § 2254, filed on August 12, 2015, and pursuant to Rule 4 of the Rules Governing
Section 2254 Cases, it is

      ORDERED that on or before September 18, 2015, the Respondents shall file an
initial response stating whether any claim is barred by a failure to exhaust state
remedies, a procedural bar or a statute of limitations.

      DATED:   August 20th, 2015

                               BY THE COURT:

                               s/Richard P. Matsch

                               _____

                               Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

I certify that on this date I mailed, via U.S. Mail, the Order for Initial Response

signed by Judge Richard P. Matsch on August 20, 2015, to the following:

Cynthia Coffman, Attorney General
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

DATED: August 20, 2015

JEFFREY P. COLWELL, Clerk

s/M.V. Wentz
By: _____
Deputy