IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01745-RPM

CHRISTOPHER HOBDY,

    Applicant,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections, and CYNTHIA COFFMAN, Attorney General for State of Colorado,

    Respondents.

_____

### ORDER TO REPLY TO INITIAL RESPONSE
_____

Upon review of the initial response filed September 14, 2015, contending that only one of the claims made in the application for a writ of habeas corpus is viable, it is now

ORDERED that the applicant will reply to the initial response on or before October 16, 2015.

DATED:    September 18th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge

CERTIFICATE OF MAILING

I certify that on this date I mailed, via U.S. Mail, the Order to File An Answer signed by Judge Richard P. Matsch on August 19, 2015, to the following:

Cynthia Coffman, Attorney General
Office of the Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

DATED: August _____, 2015

JEFFREY P. COLWELL, Clerk

By: _____
            Deputy