IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01745-RPM

CHRISTOPHER HOBDY,

     Applicant,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections, and
CYNTHIA COFFMAN, Attorney General for State of Colorado,

     Respondents.

_____

### ORDER FOR HEARING
_____

Upon review of the filings in this case, it appears that there is a dispute as to the exhaustion of some claims and procedural default of others, particularly as to the claims first made in the amended and supplemental Rule 35(c) motion.  It being unclear as to the record regarding the communications from and to the jury, a hearing with counsel will assist the Court in determining how to proceed in this case, including what trial court records may be required, and it is

ORDERED that a hearing will be set at a time to be determined after consulting counsel for an agreed date and time at which counsel will be asked to identify what parts of the state court record are relevant to these issues and to comment on this Court's authority to consider the applicability of C.R.S. § 16-5-402(2)(d) to Claim 2 raised in the amended and supplemental motion under Rule 35(c).

DATED:   February 25th, 2016

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge