IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-01745-RPM

CHRISTOPHER HOBDY,

    Applicant,

v.

RICK RAEMISCH, Executive Director, Colorado Department of Corrections, and CYNTHIA COFFMAN, Attorney General for State of Colorado,

    Respondents.

_____

### ORDER FOR STATE COURT RECORD
_____

    Upon review of the Joint Motion for State Record [Doc. 20], it is

    ORDERED that Respondents shall, on or before May 16, 2016, provide to the Court, in electronic format if possible, all available portions of the state court record in the case of *People v. Hobdy*, Arapahoe County District Court case no. 1997CR2005 including exhibits.

    DATED:   April 25th, 2016

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge